```
                                                              FILED
                                                         US DISTRICT COURT
                                                         DISTRICT OF NEBRASKA
```

IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEBRASKA

FEB 1 3 2017

OFFICE OF THE CLERK

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | MAGISTRATE NO. 8:17MJ37 |
| Plaintiff ) | |
| ) | |
| vs. ) | |
| ) | COMPLAINT FOR VIOLATION OF |
| RYAN D. RIVERA-MEISTER, ) | 18 U.S.C. § 1073 |
| ) | |
| ) | |
| Defendant. ) | |

BEFORE U.S. MAGISTRATE JUDGE SUSAN M. BAZIS, OMAHA, NEBRASKA.

The undersigned complainant being duly sworn states:

That RYAN RIVERA-MEISTER, did move and travel in interstate commerce from Grand Island, Nebraska, in the District of Nebraska and other places in the United States to Guatemala with the intent to avoid prosecution under the laws of the State of Nebraska for one count of First Degree Child Abuse Resulting in Death (in violation of Neb. Rev. St. § 28-707(8)), said crime being a Class 1B felony under the laws of the State of Nebraska.

This complaint is based on a Complaint filed on January 24, 2017, in the County Court of Hall County, Nebraska, at case number CR17-217, charging RYAN RIVERA-MEISTER with the crime of First Degree Child Abuse Resulting in Death, said crime being a felony under the laws of the State of Nebraska, perpetrated in Hall County, Nebraska, on or about, August 4, 2016. A Certified Copy of the State Complaint and Arrest Warrant are attached hereto and incorporated herein by this reference. Affiant, Monte R. Czaplewski, Special Agent with the FBI is an investigative or law enforcement officer of the United States within the meaning of Section 2510 (7) of Title 18, that is, an officer of the United States who is empowered by law to

conduct investigations of, and to make arrests for, offenses enumerated in Title 18, United States Code, Section 1073.

Complainant reviewed reports prepared by Mark Wiegert, an Investigator with the Grand Island, Nebraska, Police Department (GIPD). Inv. Weigert provided the information set forth below:

On the morning of August 4, 2016, Grand Island Police and Grand Island Fire/EMS personnel were dispatched to 411 East Sunset Avenue in Grand Island, Hall County, Nebraska in reference to a 16 month old male who was not responsive. The subject calling for assistance was later identified as RYAN RIVERA-MEISTER. RIVERA-MEISTER was the lone subject caring for the infant, XAVIER RUIZ-ALVARADO. While RIVERA-MEISTER was on the phone with 911, RIVERA-MEISTER advised RUIZ-ALVARADO was not conscious or breathing. RIVERA-MEISTER advised that he was performing CPR on RUIZ-ALVARADO. Responding paramedics immediately transported RUIZ-ALVARADO to St Francis Hospital in Grand Island, where he underwent surgery to remove part of his skull due to severe brain swelling. RUIZ-ALVARADO was later transferred via life-flight to Children's Hospital in Aurora, Colorado to undergo further emergency surgeries. Inv. Weigert spoke with staff at Children's Hospital to advise them on what RIVERA-MEISTER said about the cause of the injuries. RIVERA-MEISTER told GIPD that RUIZ-ALVARADO had fallen off of a bunkbed and struck his head. Doctors from Children's Hospital told Inv. Weigert that the injuries were too sever to have been caused by a normal fall and were not consistent with what was being described. RUIZ-ALVARADO was placed on life support and later declared brain dead as a result of the injuries he sustained.

RIVERA-MEISTER told Inv. Weigert that he was the sole caregiver on the day of the injuries. RIVERA-MEISTER was boyfriend to MIRELLA RUIZ, who is RUIZ-ALVARADO's mother, but RIVERA-MEISTER is not the biological father of RUIZ-ALVARADO. RIVERA-MEISTER stated that MIRELLA RUIZ dropped RUIZ-ALVARADO off with RIVERA-MEISTER at RIVERA-MEISTER's residence at 411 East Sunset Avenue early on the morning of August 4, 2016 while on her way to work. Inv. Weigert also spoke with RUIZ, who confirmed that she dropped off RUIZ-ALVARADO with RIVERA-MEISTER and that RUIZ-ALVARDO was in normal physical condition when she dropped him off.

After RUIZ-ALVARADO passed away, an autopsy was completed in Aurora, Colorado by the Office of the Coroner of Adams and Broomfield Counties. The manner or death was determined to be homicide with the cause of death being abusive closed head injuries with contributing factors of abdominal blunt force injuries.

On January 24, 2017, Inv. Wiegert applied for an obtained an arrest warrant for RIVERA-MEISTER for one count of Child Abuse Resulting in Death, a felony.

During the course of the investigation, Inv. Weigert discovered that RIVERA-MEISTER fled the jurisdiction of the State of Nebraska. On December 14, 2016, MIRELLA RUIZ provided law enforcement with electronic communications (i.e. text messages and photographs) in which RIVERA-MEISTER indicated he was located in Guatemala. RIVERA-MEISTER indicated the photographs depicted a location in Guatemala. The electronic communications sent by RIVERA-MEISTER to MIRELLA RUIZ were subsequent to August 4, 2016. Since December 14, 2016, law enforcement has attempted to locate RIVERA-MEISTER in the District of Nebraska and has not been successful.

Based upon this credible information, Inv. Weigert and others conclude that RIVERA-MEISTER has fled to Guatemala.

_____
SA Monte R. Czaplewski
Special Agent, Federal Bureau of Investigation

Sworn to before me, and subscribed in my presence, this 13 day of February 2017.

_____
SUSAN M. BAZIS
United States Magistrate Judge

Image ID D00741008C08

## ARREST WARRANT

IN THE COUNTY COURT OF Hall COUNTY, NEBRASKA

Doc. No. 741008

STATE OF NEBRASKA V. RYAN D RIVERA-MEISTER

Case ID: CR 17 217

TO: THE Hall County Sheriff OR ANY DULY AUTHORIZED LAW ENFORCEMENT OFFICER

A complaint has been filed in the above court alleging the above-named defendant committed the following offense(s):

| Statute | Offense Description | Type | Cls | Off. Date |
|---|---|---|---|---|
| 28-707(8) | Commit child abuse intentionally/death | FEL | 1B | 08/04/2016 |

The court finds, upon complaint supported by oath or affirmation, probable cause exists for the issuance of a warrant

THEREFORE YOU ARE ORDERED to immediately arrest said defendant wherever he/she may be found and to bring him/her promptly before this court or any judge or magistrate having jurisdiction of this matter, to answer such complaint and be further dealt with according to law.

Date: January 24, 2017    Judge/Magistrate _____

STATE OF NEBRASKA
COUNTY OF HALL
I CERTIFY THAT THIS
IS A TRUE COPY OF THE
ORIGINAL ON FILE WITH
THIS COURT.
Date _____
_____
Deputy Clerk

Officer:    Mark Wiegert                          Grand Island

Defendant   Ryan D Rivera-Meister                 AKA
            Unknown                               AKA
                                                  AKA
                                                  AKA
                                        Drivers Lic: H13553966
                                        Vehicle Lic:            Plate Type
DOB: 03/01/1996  Ht: 0 00  Wt:  0  Sex: M  Eyes:      Hair:      Race: H

IN THE COUNTY COURT OF HALL COUNTY, NEBRASKA
IN AND FOR THE NINTH JUDICIAL DISTRICT

**FILED**

STATE OF NEBRASKA,

Plaintiff,

CR17-217    AFFIDAVIT IN SUPPORT
OF ARREST WARRANT

JAN 2 4 2017

vs.

Ryan Rivera-Meister

D# 741008

REYNALDA A CARPENTER
CLERK MAGISTRATE
HALL CO COURT

Defendant.

COMES NOW the affiant Inv. Mark Wiegert with the Grand Island Police Department, who being first duly sworn on oath states and avers as follows

Your affiant advised he has been employed with the Grand Island Police Department since May 21st 2001, and has been in the general criminal investigation division since October 2005 and a child abuse investigator since August 2013.

Your affiant advises on August 4th 2016, an officer and paramedics were dispatched to 411 E Sunset Ave in Grand Island, Hall County, Nebraska in reference to a 16 month old who wasn't responsive. The subject calling for assistance was later identified as Ryan Rivera-Meister (3-1-96). Ryan was the lone subject caring for Xavier Ruiz-Alvarado (3-30-15). While Ryan was on the telephone calling dispatch for help, he advised Xavier wasn't conscious or breathing. Ryan advised he was performing CPR. When paramedics arrived, Xavier was immediately transported to Saint Francis Hospital where he underwent emergency surgery to remove part of his skull due to severe brain injury that was causing severe brain swelling.

Xavier was then life-flighted to Children's Hospital in Aurora, Colorado to undergo further emergency surgeries from the severe brain injuries.

Your affiant then had contact with staff at Children's Hospital to advise them of the description of how Xavier received the head injury according to statements from Ryan Rivera-Meister. Ryan's statements indicated Xavier had fallen off a bunkbed striking his head causing the injuries.

Your affiant advised that after talking with doctors at Children's Hospital, they advised that the injuries were too severe to have been caused by a normal fall and weren't matching up to what was being described. Xavier then continued on life support until tests were completed declaring that Xavier was brain dead from the brain injuries he had sustained.

Your affiant spoke with Ryan Rivera-Meister about caring for Xavier. Ryan advised he was the lone caregiver for Xavier on the day he received the injuries 8-4-16. Ryan advised Xavier's mother, Mirella Ruiz, dropped Xavier off at Ryan's residence at 411 E Sunset Ave. in the early morning hours on 8-4-16 while on her way to work at JBS meat packing, and he was in normal physical condition.

A00301708C08

Your Affiant spoke with Mirella Ruiz who also confirmed Xavier Ruiz-Alvarado was in a normal physical condition when she dropped Xavier off with Ryan to babysit Xavier. Mirella also advised Ryan was her current boyfriend but not the biological father of Xavier.

Your affiant further advised that after Xavier passed away, an autopsy was completed in Aurora, Colorado. The autopsy was completed by the Office of the Coroner of Adams and Broomfield Counties. The manner of death was determined to be homicide with the cause of death being abusive closed head injuries with contributing factors of abdominal blunt force injuries.

Your affiant would also like this arrest warrant/affidavit sealed to not cause interference with apprehension efforts since we have reliable and crediable information showing that Ryan Rivera-Meister has fled the Country.

Based upon the above and foregoing your affiant believes there are grounds and probable cause to believe that the defendant, Ryan Rivera-Meister, has committed the crime of

Child Abuse resulting in death 28-707

1B Felony,

and the above and foregoing furnishes grounds and probable cause for an issuance of a warrant.

Further, affiant saith not.

*Mark Wiegert*

Investigator Mark Wiegert #463
Grand Island Nebraska Police Department

Subscribed and sworn to before me this 21st day of December, 2016

Date Prepared: 12-21-16
Prepared by: Inv. Mark Wiegert #463
Grand Island Police Department
111 Public Safety Dr.
Grand Island, NE 6880
(308) 385-5400

*Pat Vitera*
Notary Public

GENERAL NOTARY - State of Nebraska
DAVE VITERA
My Comm. Exp. April 14, 2019