IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Magistrate No.: 8:17MJ37 |
| | ) | |
| RYAN D. RIVERA-MEISTER, | ) | |
| | ) | |
| Defendant. | ) | |

<u>ORDER FOR DISMISSAL</u>

IT IS ORDERED the Motion for Dismissal in the above-captioned case be granted as requested.

DATED this __29__ day of March, 2022.


SUSAN M. BAZIS
United States Magistrate Judge